IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

SEDRICK RAMON KEYE, JR.

_____/

**SEALED INDICTMENT**

3:22cr 40-mcr

THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 30, 2020, in the Northern District of Florida, the defendant,

**SEDRICK RAMON KEYE, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi).

Returned in open court pursuant to Rule 6(f)

Date: 6/21/22

United States Magistrate Judge



FILED USDC FLND PN
JUN 21 '22 PM 2:48

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count One, punishable by imprisonment for more than one year, the defendant,

**SEDRICK RAMON KEYE, JR.,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B. Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

  i. cannot be located upon the exercise of due diligence;

  ii. has been transferred or sold to, or deposited with, a third person;

  iii. has been placed beyond the jurisdiction of this Court;

  iv. has been substantially diminished in value; or

v.      has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

███████████████

FOREPERSON

21 Jul 2022
DATE

_____
JASON R. COODY
United States Attorney

_____
AMANDA GORDON
Assistant United States Attorney