IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:22cr40/MCR

SEDRICK RAMON KEYE, JR.
_____/

## MOTION TO UNSEAL INDICTMENT

The United States of America requests this Court issue an Order unsealing the Indictment returned by the Grand Jury in this case, and in support of this motion states as follows:

1. The United States filed a motion to seal the Indictment in this matter stating that the current whereabouts of the Defendant was unknown and the public revelation of the Indictment could severely hamper law enforcement's ability to locate and apprehend the Defendant to answer the charges. The Court granted that motion on or about June 21, 2022.

2. The Defendant self-surrendered in California and is making his initial appearance in the Eastern District of California today. There is no further reason to keep the Indictment in this case under seal.

1

WHEREFORE, it is respectfully requested that the Court unseal the Indictment in this matter.

Respectfully submitted, this 14th day of July, 2022.

JASON R. COODY
United States Attorney

*/s/ Amanda Gordon*
AMANDA GORDON
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 377340
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Phone: 850.444.4000
Email: amanda.gordon@usdoj.gov

## ORDER

The government's motion is GRANTED.

DONE AND ORDERED this 14th day of July, 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge